UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEORGE E. KINCADE, | : |
| Plaintiff, | : |
| v. | : CIVIL NO. 3:00CV1801(PCD) |
| JOHN W. SNOW[1], SECRETARY OF THE TREASURY, | : |
| Defendant. | : October 9, 2003 |

## DEFENDANT'S CORRECTED MOTION FOR RECONSIDERATION

The Defendant, John W. Snow, Secretary of the Treasury, hereby respectfully submits this motion for reconsideration of this Court's Ruling on Defendant's Motion for Summary Judgment entered on September 29, 2003. In this ruling the Court granted the Defendant summary judgment as to all claims on which judgment was sought, but sustained one additional claim for trial. Defendant now asks the Court to reconsider its decision regarding this remaining claim.

This motion is supported by a memorandum of law, submitted herewith.

NO ORAL ARGUMENT IS REQUESTED

---

[1] Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Defendant respectfully requests that this Court substitute Mr. Snow, the new Secretary of the Treasury and successor to Paul O'Neill, as the defendant in this litigation.

I.

                Respectfully submitted,

                KEVIN J. O'CONNOR
                UNITED STATES ATTORNEY

                *Lauren M. Nash*

                LAUREN M. NASH
                ASSISTANT U.S. ATTORNEY
                FED. BAR # ct01705
                P.O. BOX 1824
                NEW HAVEN, CT  06508
                (203) 821-3700

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the within and foregoing Defendant's Corrected Motion for Reconsideration has been served via facsimile machine and simultaneously mailed, by first-class mail, postage prepaid, on this 9th day of October, 2003, to:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street
New Haven, CT 06510
FAX (203) 776-9494

*Lauren M. Nash*
LAUREN M. NASH
ASSISTANT UNITED STATES ATTORNEY

3