UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEORGE E. KINCADE | : |
| VS. | : NO. 3:00CV1801(PCD) |
| JOHN W. SNOW, SECRETARY | : OCTOBER 11, 2003 |

## PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION

The defendant has moved for reconsideration of the one issue on which this court ruled in the plaintiff's favor. But the government's motion raises no issue not adequately addressed and considered by the court in its September 29, 2003, ruling. The defendant's motion for reconsideration should be denied.

Respectfully submitted:

JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
E-Mail: jrw@johnrwilliams.com
Plaintiff's Attorney

## CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorney Lauren M. Nash, Assistant United States Attorney, P. O. Box 1824, New Haven, CT 06510.

JOHN R. WILLIAMS