UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEORGE E. KINCADE, | : |
| Plaintiff, | : |
| v. | : CIVIL NO. 3:00CV1801(PCD) |
| JOHN W. SNOW, SECRETARY OF THE TREASURY, | : |
| Defendant. | : October 29, 2003 |

### DEFENDANT'S REPLY BRIEF IN FURTHER SUPPORT OF MOTION FOR RECONSIDERATION

The Defendant, John W. Snow, Secretary of the Treasury, hereby respectfully submits this reply brief in further support of his motion for reconsideration of this Court's Ruling on Defendant's Motion for Summary Judgment entered on September 29, 2003. This brief is also submitted in response to the Plaintiff's October 11, 2003 Brief in Opposition to Defendant's motion for reconsideration.

In his one-paragraph opposition to Defendant's motion, Plaintiff states as follows:

> The defendant has moved for reconsideration of the one issue on which this court ruled in the plaintiff's favor. But the government's motion raises no issue not adequately addressed and considered by the court in its September 29, 2003 ruling. The defendant's motion for reconsideration should be denied.

See Plaintiff's Opposition at 1. The foregoing constitutes the Plaintiff's entire argument in opposition to the Defendant's motion. This truncated response contains no citations to

NO ORAL ARGUMENT IS REQUESTED

any statutory or case law, and no rebuttal or discussion of any of the Defendant's arguments. Plaintiff has failed to address the Defendant's argument that he had no notice pleading which advised him that the remaining claim had been alleged. Plaintiff has failed to address the Defendant's argument that the Court is without subject matter jurisdiction to hear the remaining claim. And Plaintiff has failed to address the Defendant's argument that Plaintiff did not establish a prima facie case of discrimination in connection with the remaining claim. Defendant submits that the Plaintiff's failure to address any of the Defendant's arguments provides the Court with sufficient grounds to grant the Defendant's Motion for Reconsideration, and to dismiss the remaining claim in its entirety.

For the foregoing reasons and the reasons advanced in his moving papers, the Defendant, John W. Snow, Secretary of the Treasury, respectfully requests that his motion for reconsideration be granted, and the case dismissed.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

LAUREN M. NASH
ASSISTANT U.S. ATTORNEY
FED. BAR # ct01705
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Defendant's Reply Brief in Further Support of Motion for Reconsideration has been served by first-class mail, postage prepaid, on this 29th day of October, 2003, to:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street
New Haven, CT 06510
FAX (203) 776-9494

                                        _____
                                        LAUREN M. NASH
                                        ASSISTANT UNITED STATES ATTORNEY