UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GEORGE E. KINCADE,                       :

          Plaintiff,                       :

v.                                       :      CIVIL NO. 3:00CV1801(PCD)
                               :

JOHN W. SNOW,                            :
SECRETARY OF THE TREASURY,               :
                               :

          Defendant.                       :      October 29, 2002

## CERTIFICATION REGARDING FILING OF DEFENDANT'S MOTION FOR RECONSIDERATION

Pursuant to the Supplemental Order of this Court, the Defendant, John W.

Snow, Secretary of the Treasury, through his undersigned counsel, hereby respectfully

certifies that he is filing a motion for reconsideration with supporting memorandum.

This motion is filed with the opposition of the Plaintiff, George Kincade.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

LAUREN M. NASH, ct01705
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700

<u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the within and foregoing Certification Regarding

Filing of Motion for Reconsideration was mailed by first class mail, postage prepaid, on

this 29th day of October, 2003, to:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street
New Haven, CT 06510

LAUREN M. NASH
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR # ct01705

- 2 -