FILED

Oct 23  3 28 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEORGE E. KINCADE | : |
| VS. | : NO. 3:00CV1801(PCD) |
| JOHN W. SNOW, SECRETARY OF THE TREASURY | : OCTOBER 23, 2003 |

PLAINTIFF'S MEMORANDUM IN OPPOSITION
TO DEFENDANT'S MOTION FOR RECONSIDERATION

This court has given lengthy consideration to the defendant's motion for summary judgment and has written extensively regarding that motion. Although the plaintiff disagrees with many of the court's holdings, findings and rulings, it cannot be disputed that the court has given thorough, full and entirely adequate consideration to that motion. The motion for reconsideration, accordingly, should be denied.

Respectfully,

/s/ John R. Williams

John R. Williams
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
FAX: 203.776.9494
Federal Bar No. ct00215
Plaintiff's Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on October 23, 2003, to the following counsel of record:

Attorney Lauren M. Nash
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508

John R. Williams