UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEORGE E. KINCADE, | : |
| Plaintiff, | : |
| v. | : CIVIL NO. 3:00CV1801(PCD) |
| JOHN W. SNOW, SECRETARY OF THE TREASURY, | : |
| Defendant. | : November 3, 2003 |

**DEFENDANT'S PROPOSED JURY VOIR DIRE[1]**

1. When the jurors recite their basic information, including their employment, please have them state how long they have been with their present employer (or how long their period of unemployment has been) and how long their spouse has been with their present employer.

Alternatively: If you are employed, how long have you worked for your current employer? If you are unemployed, how long have you been unemployed? If you have a spouse or a partner, how long have they been working for their current employer or how long have they been unemployed?

---

[1] Jury selection in this matter is scheduled for November 4, 2003. However, neither the Plaintiff's compliance with Part A of the Pretrial Order, nor, consequently, the Defendant's response, have been filed with the Court. This is due to the fact that Defendant has filed a motion for reconsideration of the Court's decision as to the one issue that survived Defendant's motion for summary judgment. On the basis of this pending motion, Defendant requested a continuance of the pretrial deadlines. Plaintiff has also filed a motion for reconsideration. On October 31, 2003 the parties received oral notice that the motion for continuance had been denied and jury selection would proceed in advance of the Court's ruling on the cross motions for reconsideration. Accordingly, in order to protect its interests, the Defendant submits this jury voir dire in the absence of his other pretrial submissions. The parties must now confer to coordinate their compliance with the Court's Trial Preparation Order.

2. Have you or a family member (or any other person close to you) ever been discriminated against or harassed at work or at school on the basis of sex, race, ethnicity, disability, age, religion, sexual orientation? What happened? Was a case, claim, charge, or investigation begun? What was the result?

3. If you answered yes to the previous question, was the person who initiated the case, claim, charge, or investigation treated adversely as a result, in other words, were they retaliated against by the employer? What happened?

4. If an employee files a claim of discrimination against his employer, do you think that this means the employer probably did, in fact, discriminate against the employee?

5. In general, do you think that African-American workers are treated unfairly by their employers as compared to the way other workers are treated? Why?

6. Have you, any member of your family, or a close friend ever (1) been treated unfairly on the job, or (2) been fired or threatened with firing, demoted, disciplined, or laid off from a job? What happened? How did this affect how you think employees should be treated by employers in general?

7. Do you, a member of your family or a person close to you know the plaintiff in this case, George Kincade?

8. Are you personally acquainted with any members of the Plaintiff's family, personal friends, or associates?

- 2 -

9. Do you, a member of your family or a person close to you know the plaintiff's lawyer in this case, John Williams, or any member of his law firm?

10. Do you, a member of your family, or a person close to you know the Defendant's attorney in this case, Assistant United States Attorney Lauren M. Nash?

11. The following people, in addition to Lauren M. Nash, are lawyers in the United States Attorney's Office for the District of Connecticut. Please let me know if you know any one of these individuals professionally or socially:

> Kevin J. O'Connor (United States Attorney)
> Robert M. Appleton
> Ronald S. Apter
> Jonathan Biran
> Leonard C. Boyle
> William M. Brown, Jr.
> Mark G. Califano
> Patrick F. Caruso
> Shawn J. Chen
> Peter A. Clark
> William A. Collier
> Thomas V. Daily
> John A. Danaher III
> Nora R. Dannehy
> Kari A. Dooley
> John H. Durham
> Anastasia M. Enos
> James K. Filan, Jr.
> James J. Finnerty
> James G. Genco
> James I. Glasser
> Eric J. Glover
> Brenda M. Green
> Michael J. Gustafson
> H. Gordon Hall
> Alex V. Hernandez

    John B. Hughes
    Carolyn A. Ikari
    Peter S. Jongbloed
    Maria A. Kahn
    Anthony E. Kaplan
    Keith A. King
    Henry Kopel
    Calvin B. Kurimai
    Peter D. Markle
    John A. Marella
    Alina P. Marquez
    Jeffrey A. Meyer
    Raymond F. Miller
    Richard M. Molot
    Douglas P. Morabito
    William J. Nardini
    Ann M. Nevins
    Krishna R. Patel
    Karen L. Peck
    Lisa E. Perkins
    Stephen B. Reynolds
    David A. Ring
    Mark D. Rubino
    Michael E. Runowicz
    Christine L. Sciarrino
    Christopher W. Schmeisser
    David J. Sheldon
    Deborah R. Slater
    Alan M. Soloway
    Brian Spears
    Robert M. Spector
    David X. Sullivan
    Julie G. Turbert

  12.  Do any of you, your relatives, or friends know any of the following people who may be called as witnesses in the trial:

    George Kincade
    Christopher Quill
    Sam DiGiovanni
    Joseph Wynne
    Patrick Spinola
    Robert T.M. Phillips, M.D., Ph.D.

13. Have you or any member of your immediate family ever belonged to a labor union or labor organization? If so, when and for how long? Were you or they ever an officer, leader, or steward in the union?

14. Have you or anyone in your family (or anyone close to you) ever been employed by the U.S. Department of the Treasury, or the Internal Revenue Service? Who and when? What job? How did that employment end?

15. Have you or anyone in your family ever been employed by the United States government or any of its agencies? Who and when? What job? How did that employment end?

16. Have you or anyone in your family ever been involved in any case, contested claim, dispute, or prosecution with (1) the U.S. Department of Treasury or the Internal Revenue Service, (2) the United States Attorney's Office or the Department of Justice, or (3) the United States government (also called the federal government) or any federal government agencies? What is or was that dispute? When was it? What was the result?

17. Have you, any member of your family, or a close friend ever felt that he or she had been mistreated or wronged by the United States Government or any of its agencies, including the Internal Revenue Service? Who? How was he or she mistreated or wronged?

18. Do you think that the United States government or any of its agencies, including the Internal Revenue Service, tends to treat African-Americans unfairly? Why?

19. Have you or any member of your family ever been involved in a lawsuit, either as a party or a witness? What was it? Was it an employment dispute? When? What was the result? Did you agree with the result?

20. Have you had any prior jury service? If so, what did the case involve? Was it an employment dispute? When and where was this trial? What was the result? Is there anything about your previous jury service that would affect your jury service in this case?

21. At the end of the presentation of the evidence, the judge will instruct you on the rules of law to apply in this case. Do you understand that even if you disagree with the instructions, you must apply them?

22. During the course of this trial, counsel may make objections. When objections are made, information may be excluded from your consideration. Can you promise not to guess or speculate on what you were not permitted to hear or see? If the judge directs you to disregard an item of evidence, will you be able to put it out of your mind and promise not to consider it in your deliberations?

23. If you have refused to respond to any of the preceding questions because you did not wish to answer in open court, please indicate so at the end of the questioning and you will have an opportunity to discuss your concerns with the judge in private.

24. Is there any reason at all, however private or personal, which makes you feel that you should not serve or would not like to serve on the jury for this case? If so, please indicate this so that you can explain your concern to the judge and the lawyers privately.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*Lauren M. Nash*

LAUREN M. NASH, ct01705
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Defendant's Proposed Voir Dire Questions has been sent via facsimile and simultaneously mailed, postage prepaid, on this 3rd day of November, 2003, to:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street
New Haven, CT 06510

LAUREN M. NASH
ASSISTANT U.S. ATTORNEY