FILED

2003 NOV -4  P 2:48

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEORGE E. KINCADE | : |
| VS. | :  NO. 3:00CV1801(PCD) |
| JOHN W. SNOW, SECRETARY | :  NOVEMBER 3, 2003 |

# APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the plaintiff,

GEORGE KINCADE.

Elizabeth Brooks
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
Federal Bar No. ct25225
His Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on November 3, 2003, to the following counsel of record:

Attorney Lauren M. Nash
Assistant United States Attorney
P. O. Box 1824
New Haven, CT 06510.

*Elizabeth Brooks*
Elizabeth Brooks