00 1801 JTRMIN

HONORABLE **PCD**
DEPUTY CLERK P. Villano   RPTR/ERO/TAPE Falcone

TOTAL TIME: ___ hours ___ minutes

DATE 11/4/03   START TIME 9:00a   END TIME 11:45a
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Kincade

vs.

Summers, et al

CIVIL NO. 3:00CV1801
§
§
§
§
§

Elizabeth Brooks
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Lauren Nash
Defendants Counsel

### CIVIL JURY SELECTION/CALENDAR CALL

- ☑ ☐ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to ___
- ☑ ☐ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until ___
- ☐ # ___ Motion ___   ☐ granted ☐ denied ☐ advisement
- ☐ # ___ Motion ___   ☐ granted ☐ denied ☐ advisement
- ☐ # ___ Motion ___   ☐ granted ☐ denied ☐ advisement
- ☐ # ___ Motion ___   ☐ granted ☐ denied ☐ advisement
- ☑ Appearance of Elizabeth Brooks   ☑ filed ☐ docketed
- ☐ ___   ☐ filed ☐ docketed
- ☐ ___   ☐ filed ☐ docketed
- ☐ ___   ☐ filed ☐ docketed
- ☑ 83 # jurors present
- ☑ Voir Dire oath administered by Clerk ☐ previously administered by Clerk
- ☑ Voir Dire by Court
- ☑ Peremptory challenges exercised (See attached)
- ☑ Jury of 10 drawn (See attached) ☑ and sworn ☐ Jury Trial commences
- ☐ Remaining jurors excused
- ☐ Discovery deadline set for ___
- ☐ Disposition Motions due ___
- ☐ Joint trial memorandum due ___
- ☑ Trial continued until 12/5/03 at 10:00am ? (tentative)

☑ COPY TO: JURY CLERK

Judge: PETER C. DORSEY                                    Judge's List                    Date: 11/4/03
Event: 300CV1801 (PCD)                                                                     Time: 9:14 AM
Description: KINCADE V SUMMERS ET AL

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
|  | 100159917 | 01-0029 | **WIPPICK, BYRNE** <br> GUILFORD <br> RETIRED |  |
|  | 100169601 | 01-0056 | **PEDEMONTI, VERONICA M** <br> OLD SAYBROOK <br> RETIRED   11/18 - 12/3 travel |  |
|  | 100138555 | 01-0111 | **VALENTAS, ROSEMARIE** <br> WEST HAVEN <br> COUNTER PERSON |  |
| ✓ | 100136048 | 01-0060 | Pan c o tackis <br> **PANAYOTAKIS, CONSTANTINE** <br> HAMDEN <br> SUPERVISOR | PP |
| ✓ | 100133621 | 01-0124 | **JOHNS, KATHLEEN C** <br> WESTBROOK <br> SECRETARY   After 12/1 | PP |
|  | 100068926 | 01-0147 | **TIFFANY, EDWARD M** <br> NORTH STONINGTON <br> CARPENTER |  |
|  | 100170618 | 01-0051 | **LESCHUK, ANDREA J** <br> EAST HAVEN <br> RETIRED OFFICE MGR |  |
|  | 100175966 | 01-0095 | **CARROLL, NANCY T** <br> GUILFORD |  |
| 9 | 100158001 | 01-0078 | All guy er <br> **ALLGEYER II, ROBERT E**   12/1 - 12/18 <br> WOODBRIDGE <br> AUTOMOTIVE TECH | CP |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

Page 1 of 10

**Judge's List**

Judge: **PETER C. DORSEY**                               Date: **11/4/03**
Event: **3:00CV1801 (PCD)**                              Time: **9:14 AM**
Description: **KINCADE V SUMMERS, ET AL**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| ~~11~~ | 100175017 | 01-0096 | **LEBER, PATRICIA H** <br> MILFORD <br> INSTRUCTIONAL ASSIST | ~~~~ |
| ~~~~ | 100144245 | 01-0127 | **LINDSAY, NANCY J** <br> YALESVILLE <br> RETIRED | ~~~~ |
| ~~12~~ | 100080510 | 01-0110 | **SYPHER, JOYCE B** <br> COLCHESTER <br> PAYROLL MANGER | PP |
| ~~~~ | 100177498 | 01-0139 | **YOULE, HEATHER L** <br> WATERBURY <br> CASE MANAGER | ~~~~ |
| ~~14~~ | 100149155 | 01-0130 | **EDWARDS, DAWN J** after 10/1 <br> NEW HAVEN | PD |
| ~~~~ | 100176828 | 01-0088 | Gee o CO <br> **GIOCO, DOROTHY** <br> CHESTER <br> BOOKEEPER/ ACCOUNTIN | ~~~~ |
| 16 | 100170049 | 01-0017 | **NOVICKI, EILEEN D** <br> ORANGE <br> RESEARCH SCIENCTIST | CP |
| ~~17~~ | 100174251 | 01-0070 | **ROMANO, MICHAEL P** <br> WALLINGFORD <br> SUPERVISOR | PD |
| ~~18~~ | 100150156 | 01-0125 | **JOHNSON, ERIK L**  11/26 - 12/1 <br> MIDDLETOWN <br> MECHANICAL ENGINEER  not av. | PP |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

**Judge's List**

Judge: **PETER C. DORSEY**  Date: **11/4/03**
Event: **3:00CV1801 (PCD)**  Time: **9:14 AM**
Description: **KINCADE V SUMMERS, ET AL**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 19 | 100073944 | 01-0098 | **GENDRON, LAURIE L** <br> GROTON <br> MAINTENANCE | |
| ~~20~~ | 100133555 | 01-0008 | **RODE, JAMES D** *after 12/1* <br> MADISON <br> ADMINISTRATOR | PP |
| 21 | 100157760 | 01-0049 | **COLLETT, BETTY-LOU** 11/27–12/2 vac. <br> MERIDEN <br> ADMIN ASSISTANT | |
| 22 | 100160935 | 01-0122 | **BENNETT, PAUL A** <br> CROMWELL <br> COMPUTER ADMIN | |
| 23 | 100072141 | 01-0041 | *mack la* **MAKELA, THOMAS A** <br> NORTH STONINGTON <br> STUDENT TRANSPORT | |
| ~~24~~ | 100075355 | 01-0062 | **NINGAS JR, FELIX S** <br> GROTON <br> TABLE GAMES DEALER | CP |
| 25 | 100070971 | 01-0034 | **WILLIS, BETSY I** <br> NEW LONDON <br> PHIEBOTOMY | |
| ~~26~~ | 100141277 | 01-0085 | **BAKITAS, THOMAS MICHAEL** <br> ORANGE <br> CUSTOMER SERVICE | CP |
| ~~27~~ | 100155449 | 01-0137 | **CLARK, THOMAS** <br> WEST HAVEN <br> CARPET INSTALLER | PD |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

Judge's List

Judge: **PETER C. DORSEY**  
Event: **3:00CV1801 (PCD)**  
Description: **KINCADE V SUMMERS, ET AL**

Date: **11/4/03**  
Time: **9:14 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 28 | 100161275 | 01-0050 | **SABO, PETER J**<br>BRANFORD — RETIRED | |
| ~~29~~ | 100155200 | 01-0057 | **MURPHY, THOMAS W**<br>HAMDEN — SOCIAL SVS ADMIN | PD |
| 30 | 100171700 | 01-0140 | **LARSEN, CRAIG R**<br>PORTLAND — ATTORNEY | |
| 31 | 100165476 | 01-0038 | **MARKEY, MICHELLE A**<br>WEST HAVEN — DEM SALES | |
| 32 | 100074911 | 01-0036 | **EAST, DOROTHY A**<br>QUAKER HILL — RETIRED | |
| 33 | 100072424 | 01-0118 | **ROMANINI, HELEN R**<br>GROTON — RETIRED | |
| 34 | 100148749 | 01-0031 | **KOSKOVICH, JOHN A**<br>EAST HADDAM — SALES MANAGER | |
| 35 | 100148585 | 01-0113 | **ENGLISH, ANNE-MARIA E.**<br>HIGGANUM — SOCIAL WORKER | |
| 36 | 100173569 | 01-0026 | **CARAMANELLO, VINCENT**<br>MERIDEN — MANAGER CATV | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **PETER C. DORSEY**  
Event: **3:00CV1801 (PCD)**  
Description: **KINCADE V SUMMERS, ET AL**

Date: **11/4/03**  
Time: **9:14 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 37 | 100151092 | 01-0064 | FAZZINO, SALVATORE S<br>WALLINGFORD — STORE MGR | |
| 38 | 100078435 | 01-0146 | SCHUCH, FRANCINE A<br>WATERFORD — SECRETARY | |
| 39 | 100154728 | 01-0045 | TRAPANI, JOSEPH A<br>MILFORD — RETAIL | |
| 40 | 100146220 | 01-0133 | BAGADINSKI JR, STEPHEN J<br>PORTLAND | |
| 41 | 100074595 | 01-0121 | CALLAHAN, EVELYN G<br>STONINGTON — INSURANCE AGENT | |
| 42 | 100157477 | 01-0047 | KAVANAUGH, JOHN<br>EAST HAMPTON — FINANCIAL CONSULTANT | |
| 43 | 100171835 | 01-0138 | LUEDEE, GREGORY P<br>WALLINGFORD — MERCHANDSING ACCT | |
| 44 | 100141120 | 01-0027 | WALDRON, AMY L<br>SEYMOUR — SUPERVISOR | |
| 45 | 100067813 | 01-0053 | CRANDALL, BYRON D<br>NEW LONDON — BAR PORTER | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

**Judge's List**

Judge: **PETER C. DORSEY**  
Event: **3:00CV1801 (PCD)**  
Description: **KINCADE V SUMMERS, ET AL**

Date: **11/4/03**  
Time: **9:14 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 46 | 100142081 | 01-0006 | **GAROFALO, FRANK J** <br> DERBY — TOOLING CORDINATOR | _____ |
| 47 | 100075556 | 01-0076 | **HIGGINS, TODD M** <br> COLCHESTER — MERCHANDISER | _____ |
| 48 | 100075657 | 01-0087 | **TAYLOR, WM JON H** <br> NEW HAVEN — STUDENT | _____ |
| 49 | 100176774 | 01-0083 | **HUMANN, RONALD F** <br> NAUGATUCK — TECHNICHAL INSTRUCTO | _____ |
| 50 | 100176777 | 01-0063 | **ANNICELLI, DOLORES A** <br> EAST HAVEN — ADMIN. ASST. | _____ |
| 51 | 100075340 | 01-0048 | **SMITH, PAUL B** <br> NIANTIC — RETIRED | _____ |
| 52 | 100132095 | 01-0120 | **SOLNIK, GARY J** <br> WALLINGFORD — SALES | _____ |
| 53 | 100170046 | 01-0077 | **PE, EDWIN S** <br> NORTH BRANFORD — ENGINEER | _____ |
| 54 | 100178303 | 01-0100 | **CAMIRE, WILLIAM H** <br> WALLINGFORD — TOOLMAKER | _____ |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.