FILED

Nov 5 10 30 AM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEORGE E. KINCADE | : |
| VS. | : NO. 3:00CV1801(PCD) |
| JOHN W. SNOW, SECRETARY | : OCTOBER 11, 2003 |

## PLAINTIFF'S MOTION FOR RECONSIDERATION

The plaintiff respectfully moves that this court reconsider that portion of its Ruling dated September 29, 2003, which held that the plaintiff's claim of discriminatory actions in March of 1999 were barred by the statute of limitations. (Ruling, p. 5 fn. 2) In support of this motion, the plaintiff submits his memorandum herewith.

THE PLAINTIFF

BY: _____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
E-Mail: jrw@johnrwilliams.com
His Attorney

Case 3:00-cv-01801-PCD   Document 62   Filed 11/05/2003   Page 2 of 3

## CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorney Lauren M. Nash, Assistant United States Attorney, P. O. Box 1824, New Haven, CT 06510.

JOHN R. WILLIAMS