FILED

Nov 5 10 50 AM '03

UNITED STATES DISTRICT COURT
NEW HAVEN, CONN

DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEORGE E. KINCADE | : |
| VS. | : NO. 3:00CV1801(PCD) |
| JOHN W. SNOW, SECRETARY | : OCTOBER 11, 2003 |

## BRIEF IN SUPPORT OF MOTION FOR RECONSIDERATION

In its Ruling dated September 29, 2003, this court held that the plaintiff's claim of discriminatory actions in March of 1999 was barred by the statute of limitations. (Ruling, p. 5 fn. 2) The court based that ruling on the plaintiff's assertion that his last day of work was May 27, 1998. (Ruling, p. 4)

Government counsel has brought to the attention of the court and the undersigned that, in fact, the plaintiff was mistaken in his testimony that his last day of work was May 27, 1998, and that in fact it was May 27, 1999. (Government's Corrected Memorandum in Support of Motion for Reconsideration, pp. 7-8, fn. 3)

Since that aspect of the court's ruling was based on a mistake of fact, the court's ruling on the point should be reconsidered.

Respectfully submitted:

_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
E-Mail: jrw@johnrwilliams.com
Plaintiff's Attorney

## CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorney Lauren M. Nash, Assistant United States Attorney, P. O. Box 1824, New Haven, CT 06510.

_____
JOHN R. WILLIAMS