UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GEORGE E. KINCADE,                    :
                                      :
            Plaintiff,                :
                                      :
      v.                              :      CIVIL NO. 3:00CV1801(PCD)
                                      :
JOHN W. SNOW,                         :
SECRETARY OF THE TREASURY,            :
                                      :
            Defendant.                :      October 29, 2003

DEFENDANT'S MEMORANDUM IN OPPOSITION TO
PLAINTIFF'S MOTION FOR RECONSIDERATION

      The Defendant, John W. Snow, Secretary of the Treasury, hereby respectfully

submits this memorandum in opposition to Plaintiff's Motion for Reconsideration dated

October 11, 2003.   In his motion Plaintiff seeks reconsideration of a portion of this Court's

Ruling dated September 29, 2003.  Specifically, Plaintiff asks the Court to reconsider its

decision to forego consideration of one of the Plaintiff's alleged claims. See Ruling at p.5,

n.2.   Plaintiff argues that this decision was based upon a mistake of fact.  See Plaintiff's

Memorandum at p.1.   Even if this decision is reconsidered, the claim at issue should still

be dismissed.

      In Defendant's Motion for Reconsideration, undersigned counsel advised the Court

of a mistake of fact in the record presented to the Court.  See Defendant's Corrected

Memorandum in Support of Motion for Reconsideration, dated October 9, 2003

("Defendant's Memorandum"), at p.7, n.3.  The Court made a finding that "Plaintiff was

terminated in March, 2001, but effectively stopped working on May 27, 1998." See Ruling

at p.4.  The date "May 27, 1998" came from the Plaintiff's counsel in his Memorandum at

p. 10, who in turn drew the date from the Plaintiff's deposition at p.15.   However, Plaintiff was mistaken in recalling this date.  In fact, the Plaintiff stopped working on May 27, <u>1999</u>. <u>See</u> Defendant's Memorandum, Exhibit A.   The Court relied upon the May 27, 1998 date in foregoing consideration of a purported claim in March of 1999.  <u>See</u> Ruling at p.5, n.2.

Rule 7(c)(1) of the Local Rules of Civil Procedure for the District of Connecticut provides that motions for reconsideration shall be accompanied by a memorandum "setting forth concisely the matters or controlling decisions which counsel believes the Court overlooked in the initial decision or order."  This Court did not "overlook" the May 27, 1999 date because the Court was not presented with that information.  The Court relied upon that information which was provided to it.   Accordingly, reconsideration is not appropriate under Rule 7.

Should this Court determine that reconsideration is appropriate, the claim is still subject to dismissal.  The March, 1999 claim was not raised in any EEO complaint or alleged in the Amended Complaint; in fact, it was only mentioned in the Plaintiff's diary. <u>See</u> Plaintiff's Statement of Facts, Fact Number 1, and Exhibit 1 thereto.  Thus, this claim, like the one claim which survived summary judgment, should be dismissed because Defendant had no notice pleading which advised him that the claim had been alleged (<u>see</u> Defendant's Memorandum at pp. 3-6); this Court is without subject matter jurisdiction to hear this claim because the claim was not exhausted (<u>see</u> Defendant's Memorandum at pp. 7-9); and the Plaintiff did not establish a prima facie case of discrimination in connection with this claim (<u>see</u> Defendant's Memorandum at pp. 9-10).  Therefore, the claim is not properly before the Court.

For the foregoing reasons, the Defendant, John W. Snow, Secretary of the Treasury, respectfully requests that Plaintiff's motion for reconsideration be denied.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

LAUREN M. NASH
ASSISTANT U.S. ATTORNEY
FED. BAR # ct01705
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the within and foregoing Defendant's Memorandum

in Opposition to Plaintiff's Motion for Reconsideration has been served by first-class mail,

postage prepaid, on this 29th day of October, 2003, to:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street
New Haven, CT 06510
FAX (203) 776-9494


_____
LAUREN M. NASH
ASSISTANT UNITED STATES ATTORNEY

4