UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GEORGE E. KINCADE

    v.     Civil No. 3:00 CV 1801 (PCD)

JOHN W. SNOW, SECRETARY OF THE TREASURY
OF THE UNITED STATES OF AMERICA

## JUDGMENT

This matter came on for consideration before the Honorable Peter C. Dorsey, Senior United States District Judge, on the defendant's motion for reconsideration and plaintiff's motion for reconsideration of the Court's ruling filed September 29, 2003 granting in part and denying in part defendant's motion for summary judgment. The Court has reviewed all of the papers filed in conjunction with the motion and on November 10, 2003, entered a ruling granting defendant's and plaintiff's motions for summary judgment and vacating the portion of the prior ruling denying summary judgment in part and granting summary judgment on all remaining claims.

It is therefore ORDERED and ADJUDGED that summary judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 19th day of November, 2003.

                KEVIN F. ROWE, CLERK
                By

                Patricia A. Villano
                Deputy Clerk

EOD: _____