FILED

Dec 22   12 24 PH '03

U.S. DISTRICT COURT
NEW HAVEN, CONN

## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

GEORGE E. KINCADE              :

VS.                           :      NO. 3:00CV1801(PCD)

JOHN W. SNOW, SECRETARY       :      DECEMBER 19, 2003

## A P P E A L

The plaintiff George E. Kincade appeals to the United States Court of

Appeals from the Judgment entered against him on November 20, 2003.

THE PLAINTIFF, GEORGE E. KINCADE

BY
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
E-Mail: jrw@johnrwilliams.com
Plaintiff's Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GEORGE E. KINCADE

v.                                        Civil No. 3:00 CV 1801 (PCD)

JOHN W. SNOW, SECRETARY OF THE TREASURY
OF THE UNITED STATES OF AMERICA

2003 NOV 19  P  4:59

DISTRICT COURT
NEW HAVEN, CONN.

## JUDGMENT

This matter came on for consideration before the Honorable Peter C. Dorsey, Senior

United States District Judge, on the defendant's motion for reconsideration and plaintiff's

motion for reconsideration of the Court's ruling filed September 29, 2003 granting in part and

denying in part defendant's motion for summary judgment.       The Court has reviewed all of the

papers filed in conjunction with the motion and on November 10, 2003, entered a ruling

granting defendant's and plaintiff's motions for summary judgment and vacating the portion

of the prior ruling denying summary judgment in part and granting summary judgment on all

remaining claims.

It is therefore ORDERED and ADJUDGED that summary judgment is entered for the

defendant and the case is closed.

Dated at New Haven, Connecticut, this 19th day of November, 2003.

KEVIN F.  ROWE, CLERK
By

Patricia A. Villano

Patricia A. Villano
Deputy Clerk

EOD: 11/20/03

## CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorney Lauren M.
Nash, Assistant United States Attorney, P. O. Box 1824, New Haven, CT 06510.

JOHN R. WILLIAMS