00CV1801  10xR04

FILED
Feb 17  3 54 PM '04
U S DISTRICT COURT
NEW HAVEN CONN

FILED
Jan 5  11 55 AM '04

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE E. KINCADE | ) | |
| VS. | ) | NO. 3:00CV1801(PCD) |
| JOHN W. SNOW, SECRETARY OF THE TREASURY | ) ) ) | USCA NO. |

## INDEX TO RECORD ON APPEAL

I HEREBY ACKNOWLEDGE RECEIPT
OF THE CERTIFIED COPY OF DOCKET
ENTRIES, INDEX AND ___none___
VOLUMES OF ORIGINAL RECORD.
DATE: 2/4/04
Roseann B. MacKechnie
CLERK, U.S.C.A. 2nd Cir.

**DOCUMENT NO.**

### VOLUME I

| | |
|---|---|
| Certified Copy of Docket Sheet | 1 |
| Complaint, filed 9/20/00 (Doc. # 1) | 2 |
| Amended Complaint, filed 4/11/01 (Doc. # 8) | 3 |
| Answer and Affirmative Defenses, filed 8/9/01 (Doc. # 12) | 4 |
| Motion for Summary Judgment, filed 8/21/02 (Doc. # 32) | 5 |
| Memorandum, filed 8/21/02 (Doc. # 33) | 6 |
| Statement, filed 8/21/02 (Doc. # 34) | 7 |
| Pro Se Appearance, filed 11/19/02 (Doc. # 36) | 8 |
| Motion, filed 11/19/02 (Doc. # 37) | 9 |
| Appearance, filed 2/28/03 (Doc. # 40) | 10 |

| | |
|---|---|
| Motion, filed 2/28/03 (Doc. # 39) | 11 |
| Statement, filed 3/28/03 (Doc. # 42) | 12 |
| Memorandum, filed 3/28/03 (Doc. # 42) | 13 |
| Ruling, filed 3/31/03 (Doc. # 43) | 14 |
| Motion, filed 4/4/03 (Doc. # 44) | 15 |
| Reply, filed 4/11/03 (Doc. # 45) | 16 |
| Ruling, filed 9/29/03 (Doc. # 47) | 17 |
| Motion, filed 10/3/03 (Doc. # 49) | 18 |
| Order, filed 10/31/03 (Doc. # 52) | 19 |
| Motion, filed 10/29/03 (Doc. # 53) | 20 |
| Memorandum, filed 10/29/03 (Doc. # 54) | 21 |
| Memorandum, filed 10/29/03 (Doc. # 55) | 22 |
| Reply, filed 10/29/03 (Doc. # 56) | 23 |
| Memorandum, filed 10/23/03 (Doc. # 58) | 24 |
| Motion for Reconsideration, filed 11/05/03 (Doc. # 62) | 25 |
| Memorandum, filed 11/05/03 (Doc. # 63) | 26 |
| Memorandum, filed 11/06/03 (Doc. # 64) | 27 |
| Ruling, filed 11/10/03 (Doc. # 65) | 28 |
| Judgment, filed 11/19/03 (Doc. # 66) | 29 |
| Notice of Appeal, filed 12/22/03 (Doc. # 67) | 30 |
| Clerk's Certificate | 31 |